UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LAURA CHAVOYA RIOS,<br><br>    Defendant. | Case No.: 19CR0867-JAH<br><br>**ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>**(ECF No. 77)** |

Pending before the Court is Defendant Laura Chavoya Rios' ("Ms. Chavoya Rios") Unopposed Motion for Early Termination of Supervised Release. (ECF No. 77). The United States Probation Office and the United States Attorney's Office do not opposed Defendant's request. (*Id.* at 2). Upon consideration of the motion and § 3353(a) factors, IT IS HEREBY ORDERED Defendant's unopposed motion is GRANTED. Ms. Chavoya Rios' remaining term of supervised release is terminated, effective as of the date of this Order.

**IT IS SO ORDERED.**

DATED: April 10, 2023

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

1

19CR0867-JAH